1   **WO**

X FILED _____ LODGED
_____ RECEIVED _____ COPY

APR 3 0 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

6              IN THE UNITED STATES DISTRICT COURT

7                  FOR THE DISTRICT OF ARIZONA

9   United States of America,         )    CR-99-00146-PCT-RCB
                                       )    CR-08-50102-PHX-GMS
10            Plaintiff,               )
                                       )
11   vs.                              )
                                       )
12   Christopher Mann,                 )    **<u>ORDER</u>**
                                       )
13            Defendant.               )
                                       )
14   _____)

16       A detention hearing and a preliminary revocation hearing on the Petition on

17   Supervised Release were held on April 24, 2009.

18       **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

19   voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

20   has consented to the issue of detention being made based upon the allegations in the Petition.

21       **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

22   of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

23   he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529

24   (9th Cir. 1994).

1    **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2  court.

3    DATED this ~~30~~ day of April , 2009.

4

5

6                              Lawrence O. Anderson
                           United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28